THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. O'DONNELL, Appellant, v. EDWARD W. Cox, as County Clerk of Queens County, and Others, Respondents.— Motion denied.   (See *Matter of Hart*, 159 N. Y. 278.) Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

ELY RIZZOTTI, Respondent, v. JOSEPH M. SWARCENSKI, Appellant.— Motion denied on condition that appellant pay ten dollars costs, perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

JACOB ROTHENBERG, Respondent, v. BELLE CASMAN and Another, Appellants.— Motion denied on condition that appellants perfect the appeal, place the cause on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

LEROY SARGENT, Appellant, v. MARY A. VOUGHT, Respondent.— Motion for stay granted on condition that appellant perfect the appeal, place the case on the calendar for the first day of the November term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.   Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

CONSTANT F. WHITNEY and Others, Appellants, v. CONSIDINE INVESTING COMPANY and Others, Respondents.— Motion for extension of time to serve case granted, but appellants must perfect their appeal, place the case upon the calendar for the December term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.   Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.

WILLIAM ZINKE and DIEDRICH RUNGE, Copartners, etc., Respondents, v. JOHN C. HIPKINS and FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee, etc., Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied on the ground that such leave is unnecessary.   Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

ANDREW DAHLBERG, Respondent, v. CHESEBRO-WHITMAN COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

RUDOLPH FERSENHEIM, Respondent, v. MENDEL PRESBERGER, Appellant. — Order affirmed, with ten dollars costs and disbursements.   (See *Baldwin* v. *Dillon*, 188 App. Div. 991.)   No opinion.   Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

IRVING HAIGHT, as Administrator, etc., of FRANK HAIGHT, Deceased, Respondent, v. S. JEANNETTE CARMEN, Defendant, Impleaded with JACKSON BUTTS, Appellant.— Judgment of the County Court of Dutchess county unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.